DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM OGDEN,**
Appellant,

v.

**CJM CONSTRUCTION, INC.,**
Appellee.

No. 4D2022-2488

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE-19-009268.

Rebecca S. Taylor of Taylor Law Firm, P.A., Coral Springs, for appellant.

Kellie A. Caggiano, Tyler R. Bennion, and Randell H. Rowe of Moyer Law Group, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***